# EXHIBIT AND WITNESS LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 15-36456-H2 | Name of Debtor: James W. Hammond and Joanna E. Hammond, et al. |
| Adversary No. 16-03045 Don B. Carmichael et al., Plaintiffs v. Alan B. Springer et al., Defendants. | |
| Witnesses: | |
| Kim Hammond | Judge: David R. Jones |
| Holly Heffelfinger | Courtroom Deputy: |
| Smart Financial Custodian of Records Loretta Wolsey, by custodian of records affidavits | Hearing Date: July 23, 2019 Courtroom 400 |
| | |
| Expert Witnesses: | Hearing Time: 9:00 a.m. |
| | Party's Name: Don Carmichael, K.K. & P.K. Family, L.P., and Barry Winston |
| And any witness designated to testify by Debtors | Attorney's Name: John J. Marek/Karen Emmott |
| | Attorney's Phone: 214 965-9393/713 739-0008 |
| | Nature of Proceeding: Creditors' Amended Motion to Appoint Trustee (Adversary ECF Doc. No. 344) |
| | |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | ECF 12 Debtors' Schedules   Case No: 15-36456-H2 | | | | |
| 2 | Confidential Binding Settlement Agreement | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 3 | Mediated Settlement Agreement |  |  |  |  |
| 4 | Account Transactions Third Coast Bank |  |  |  |  |
| 5 | ECF 98 Debtors' Schedules Case No: 15-36456-H2 |  |  |  |  |
| 6 | Proof of Claim Claim 1-1 Sheffield Financial |  |  |  |  |
| 7 | Proof of Claim Claim 2-1 Harris County |  |  |  |  |
| 8 | Proof of Claim 3-1 Hammond Family Charitable Trust |  |  |  |  |
| 9 | Merrill Lynch and James Hammond Documents |  |  |  |  |
| 10 | Jim Hammond Fax of 4/19/10 with attachments relating to Hammond Family Charitable Trust |  |  |  |  |
| 11 | Proof of Claim 4-1 Nancy Reed |  |  |  |  |
| 12 | Proof of Claim 8-1 Hammond Family Foundation |  |  |  |  |
| 13 | Merrill Lynch and Hammond Family Foundation Statement as of 12/31/13 |  |  |  |  |
| 14 | Merrill Lynch and Hammond Family Foundation Statement May, 2014 |  |  |  |  |
| 14A | Merrill Lynch and Hammond Family Foundation Statement November, 2014 |  |  |  |  |
| 15 | Report of Hammond Family Foundation 1996 Report to Texas Secretary of State |  |  |  |  |
| 16 | Certified Documents from Texas Secretary of State relating to Hammond Family Foundation |  |  |  |  |
| 17 | Merrill Lynch and Hammond Family Foundation Statement September and October, 2015 |  |  |  |  |
| 18 | Smart Financial Statements for Hammond Family Foundation and Kim Hammond and deposit slip for Kim Hammond |  |  |  |  |
| 19 | Hammond Family Charitable Trust |  |  |  |  |

|     |                                                                                                                              |     |     |     |     |
| --- | ---------------------------------------------------------------------------------------------------------------------------- | --- | --- | --- | --- |
|     | Agreement                                                                                                                    |     |     |     |     |
| 19A | Accounting emails with James Hammond re Charitable Trust Distributions                                                       |     |     |     |     |
| 19B | James Hammond Letter dated March 17, 2011                                                                                    |     |     |     |     |
| 19C | Merrill Lynch James Hammond account Statements January-August, 2015                                                          |     |     |     |     |
| 20  | Merrill Lynch transfer of Stock Certificates                                                                                 |     |     |     |     |
| 21  | Texas Secretary of State Certification for Food Development Corporation                                                      |     |     |     |     |
| 22  | Texas Secretary of State Certified Documents for Food Development Corporation                                                |     |     |     |     |
| 23  | MetLife Policy signed application 2006                                                                                       |     |     |     |     |
| 24  | Metlife Summary Coverage 2015 and 2016                                                                                       |     |     |     |     |
| 25  | Merrill Report 2015 MetLife Policy                                                                                           |     |     |     |     |
| 26  | BRIGHTOUSE SUMMARY OF COVERAGE AND STATEMENTS 2017-18                                                                        |     |     |     |     |
| 27  | IRS Private Foundation Annual Return \| Internal Revenue Service                                                             |     |     |     |     |
| 28  | IRS Public Disclosure and Availability of Exempt Organizations Returns and Applications Documents Subject to Public Disclosure \| Internal Revenue Service |     |     |     |     |
| 29  | IRS INFORMATION HAMMOND FAMILY FOUNDATION TAX FILINGS                                                                        |     |     |     |     |
| 30  | IRS 990T 2016 RETURN HAMMOND FAMILY FOUNDATION                                                                               |     |     |     |     |
| 31  | IRS 990PF 2016 RETURN HAMMOND FAMILY FOUNDATION                                                                              |     |     |     |     |
| 32  | IRS Exemption Requirements Section 501(c)(3) Organizations \| Internal Revenue Service                                       |     |     |     |     |
| 33  | IRS Life Cycle of a Private Foundation Termination of Foundation Under State Law \| Internal                                 |     |     |     |     |

|    |                                                                                                          |  |  |  |  |
|----|----------------------------------------------------------------------------------------------------------|--|--|--|--|
|    | Revenue Service                                                                                          |  |  |  |  |
| 34 | IRS Termination of an Exempt Organization \| Internal Revenue Service                                    |  |  |  |  |
| 35 | IRS Termination Letter IRS publication 4779                                                              |  |  |  |  |
| 36 | K Hammond- Subpoena and Return on Service                                                                |  |  |  |  |
| 37 | Hammond 6-24 Subpoena Returns                                                                            |  |  |  |  |
| 38 | Holly Heffelfinger Subpoena Return on Service                                                            |  |  |  |  |
| 39 | Nancy Reed Inventory                                                                                     |  |  |  |  |
| 40 | Nancy Reed Order Dropping case from docket dated Jan 8 2019                                              |  |  |  |  |
| 41 | Smart Financial affidavit of Custodian of Records and Records                                            |  |  |  |  |
| 42 | Smart Financial Records                                                                                  |  |  |  |  |
| 43 | Smart Financial Statements and Checks, September, October, December 2015                                 |  |  |  |  |
| 44 | Smart Financial Custodian Affidavit and account documents                                                |  |  |  |  |
| 45 | ECF 369 Subpoenas and Notice to Kim Hammond and Hammond Foundation                                       |  |  |  |  |
| 46 | ECF 381 Subpoenas and Notice to Holly Heffelfinger and Kim Hammond                                       |  |  |  |  |
| 47 | Email exchange between counsel for Kim Hammond and Kim Hammond, and counsel for Kim Hammond to counsel for Creditors re document requests |  |  |  |  |
| 48 | Records of Hammond Foundation Produced in Response to Subpoena Duces Tecum requiring documents be produced at hearing |  |  |  |  |
| 49 | Any exhibits designated for rebuttal and impeachment of witnesses                                        |  |  |  |  |

Dated: July 19, 2019.

Respectfully submitted,

/s/ John J. Marek
John J. Marek
State Bar No. 12975650
SD Tex. No. 11147
15851 Dallas Parkway, Suite 600
Addison, Texas 75001-6016
Telephone: 214 965-9393
Telecopier: 1 (888) 887-6427

COUNSEL FOR DON B. CARMICHAEL, KK&PK FAMILY LP, AND BARRY D. WINSTON

Local Counsel:
Karen R. Emmott
State Bar No. 16757900
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
Telephone: (713) 739-0008
Telecopier: (713) 481-6262

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of July, 2019 a true and correct copy of the foregoing Exhibit and Witness List was served via electronic (ECF) notice to the parties listed below and to all registered ECF users.

Counsel for Debtors
Donald L. Wyatt, Jr.
Law Office of Donald L. Wyatt, Jr., PC
26418 Oak Ridge Drive, The Woodlands, Texas 77380


                /s/ John J. Marek
                John J. Marek